UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA

    -v-

DANIEL CHIEH,

       Defendant.

**ORDER**

S4 23 Cr. 572 (CM)

------------------------------------- x

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Andrew K. Chan, James Ligtenberg, and Ni Qian;

It is found that the Indictment in the above-captioned action, S4 23 Cr. 572, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that the Indictment, S4 23 Cr. 572, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
           March 31, 2025

_____
THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE