USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

DANIEL CHIEH,
    a/k/a "Big Cow",

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

S4 23 Cr. 572 (CM)

WHEREAS, on or about March 31, 2025, DANIEL CHIEH, (the "Defendant"), was charged in a four-count Superseding Indictment, S4 23 Cr. 572 (CM) (the "Indictment"), with conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349 (Count One); conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Count Two); conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Three); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Four);

WHEREAS, the Indictment included a forfeiture allegation as to Count Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count Three of the Indictment, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count Three of the Indictment;

WHEREAS, on or about March 4, 2026 the Defendant pled guilty to Count Three of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Three of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of

money equal to $12,497,277.28 in United States currency, representing the amount of property involved in the offense charged in Count Three of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $12,497,277.28 in United States currency representing the amount of property involved in the offense charged in Count Three of the Indictment, (i) $236,280 of which the Defendant is joint and severally liable with Znong Shi Gao ("Gao") and the forfeiture money judgment entered against Gao for the conduct charged in Count Three of the Indictment; (ii) joint and severally liable with Fei Jiang ("Jiang") and Naifeng Xu ("Xu") to the extent a forfeiture money judgment is entered against Jiang and/or Xu for the conduct charged in Count Three of the Indictment; and (iii) joint and severally liable with any co-conspirators ("Co-Conspirators") for the conduct charged in Count Three of the Indictment, to the extent forfeiture money judgments are ultimately entered against the Co-Conspirators; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count Three of the Indictment cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Ni Qian, of counsel, and the Defendant and his counsel, Robert Caliendo, Esq. that:

1.      As a result of the offense charged in Count Three of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $12,497,277.28 in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Count Three of the Indictment, (i) $236,280 of which the Defendant is joint and severally liable with Gao and the forfeiture money judgment entered against Gao for the conduct

charged in Count Three of the Indictment; (ii) joint and severally liable with Jiang and Xu to the extent a forfeiture money judgment is entered against Jiang and/or Xu for the conduct charged in Count Three of the Indictment; and (iii) joint and severally liable with any Co-conspirators for the conduct charged in Count Three of the Indictment, to the extent forfeiture money judgments are ultimately entered against the Co-Conspirators, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant DANIEL CHIEH, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate

or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____        3/3/2026
        Ni Qian                                                          DATE
        Assistant United States Attorney
        26 Federal Plaza
        New York, NY 10278
        (212) 637-2363


DANIEL CHIEH

By: _____        03/04/26
        Daniel Chieh                                                 DATE

By: _____        3-4-26
        Robert Caliendo, Esq.                                   DATE
        Attorney for Defendant


SO ORDERED:

_____        3-4-2026
HONORABLE COLLEEN MCMAHON             DATE
UNITED STATES DISTRICT JUDGE
                                                                     11:25 Am