UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

DANIEL CHIEH,
                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-23-26

23-CR-572-06 (CM)

ORDER DENYING DEFENDANT'S MOTION TO MODIFY HIS BAIL CONDITIONS

McMahon, J.:

On March 4, 2026, Chieh pled guilty to a conspiracy to commit money laundering pursuant to a plea agreement. In a motion filed the next day, Chieh asked the Court to modify his bail conditions by removing GPS monitoring, and allow him unfettered access to the internet, and his co-defendants— many of whom have also pleaded guilty and are now felons. (Dkt. 109).

For substantially the reasons articulated by the Government in its letter in opposition to Chieh's motion (Dkt. 112), Chieh's motion to modify the conditions of his release is denied in its entirety.

Chieh is currently in a different position than he was prior to taking his plea— he is no longer presumed innocent and there is a presumption that he should be incarcerated. Chieh has a substantial incentive to flee, now that he has pleaded guilty to a crime whose guideline sentence is 10 years. The GPS monitoring condition stands.

Regarding Chieh's internet access: Chieh has all the access to the internet that he requires under the current circumstance and limiting him to a single device makes it far more likely that PreTrial Services can effectively monitor his internet access and use.

And since the Court will impose at sentencing the standard condition of supervision that prohibits Chieh from having any contact with a person convicted of a felony (including his co-defendants) absent permission from the Court or Probation, it would be ridiculous to remove that condition of his bail pending sentencing.

This constitutes the decision and order of the Court.

Dated:    March 23, 2026
          New York, New York

_____
Colleen McMahon
United States District Judge