# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DANIEL CHIEH,

Defendant.

23 CR 572-06 (CM)

It is hereby ordered that Daniel Chieh, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on January 25, 2027.

[signature] 10-1-26

UNITED STATES DISTRICT JUDGE DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

[signature] [signature]

(Attorney/Witness) (Defendant)

cc: U.S. Marshal, SDNY
Probation Dept, SDNY
U.S. Attorney, SDNY
Pretrial Office, SDNY
Defense Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10-2-26