Case 1:23-cr-00572-CM Document 154 Filed 10/30/26 Page 1 of 1

GRANGER & ASSOCIATES LLC

RAYMOND R. GRANGER
HOWARD B. ZAKAI
KEITH O'DONNELL

40 FULTON STREET
17TH FLOOR
NEW YORK, NEW YORK 10038

TEL: (212) 732-7000
FAX: (212) 732-7001

OF COUNSEL:
EMILY C. GOLUB

MATTHEW D. JURY
MCCUE JURY & PARTNERS
LONDON, U.K.

MEMO ENDORSED

October 30 2026

10-30-26

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

OK

Colleen McMahon

Re: U.S. v. Zhong Shi Gao et al., Docket No. S8 23 Cr. 572 (CM)

Dear Judge McMahon:

The deadline for the parties' sentencing submissions in the above-referenced is currently November 4, 2026. On behalf of Defendant Henry Yau, I write to request, due to an urgent personal matter for which I must be out of town from November 2 through 4, that the deadline for the parties' sentencing submissions be extended to November 6, 2026. Mr. Yau's sentencing hearing is scheduled for November 18, 2026.

Assistant United States Attorney Ni Qian has confirmed that the government does not object to this request.

Thank you for your consideration of this application.

Very truly yours,

Raymond R. Granger

Raymond R. Granger

cc: AUSA Andrew Chan
AUSA Ni Qian
AUSA James Ligtenberg
USPSO Meherun Meyer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 10-30-26